COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Claudia Kristine Esquivel v. The State of Texas

Appellate case number:   01-16-00301-CR

Trial court case number:  14CR1878

Trial court:                    212th District Court of Galveston County

Date motion filed:           October 16, 2017

Party filing motion:         Appellant

Appellant's motion for this court to publish its September 7, 2017 opinion in this case is **DENIED.**

Judge's signature: /s/<u>Michael Massengale</u>
☐ Acting Individually ☒ Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Keyes, and Massengale

Date: <u>January 25, 2018</u>